17cv3053
PKC    /17

To whom it may concern,

Today I received the memorandum and order for my claim 17-CV-3053, that I filed on 4/12/17. United States District Judge Pamela K. Chen ordered the dismissal of my complaint against the Legal Aid Society, citing it is "not a state actor amenable to suit under section 1983". I write to you in regards to amending my complaint, instead of the Legal Aid Society as the defendant, may I request that the attorney that represented the Legal Aid Society be the defendant instead? His name is Steven Wasserman, civil attorney. If I cannot change the defendant, please inform me how to remedy this situation. I was told by a lawyer to sue the Legal Aid Society, not the attorney responsible for the legal malpractice, and I cannot file a new claim since the two year period to file has expired. Thank you.

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JUL 20 2017 ★
BROOKLYN OFFICE

**GOUVERNEUR CORRECTIONAL FACILITY**
P.O. BOX 480
GOUVERNEUR, NEW YORK 13642-0370

NAME: Thomas Santagata  DIN#: 17R0538

Gouverneur

Correctional Facility



neopost
07/17/2017
US POSTAGE $000.46⁰

FIRST-CLASS MAIL

ZIP 13642
041L11253705

Clerk of U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201