UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
THOMAS ANTHONY SANTAGATA, JR.,

                      Plaintiff,

            -against-                    **ORDER**
                                      17 CV 3053 (PKC) (CLP)

EDGARDO DIAZ *et ano.*,

                      Defendant(s).
-----------------------------------------------------------X
**POLLAK**, United States Magistrate Judge:

On May 22, 2018, the Court held an Initial Conference by telephone in this matter. (See Minute Entry, May 22, 2018, ECF No. 32). Plaintiff Thomas Anthony Santagata, Jr. appeared *pro se*. Alison S. Mitchell, Esq. appeared for defendants Edgardo Diaz and Ryan McAvoy. (See id.)

**A.**    **Rulings from the May 22, 2018 Initial Conference**

The Court made various rulings on the record at the Initial Conference, which are memorialized below:

1.    Defendants shall serve plaintiff with written discovery (*i.e.* interrogatories and requests for production of documents) by June 8, 2018. Plaintiff shall respond to defendants' requests by July 27, 2018.

2.    Plaintiff shall serve written discovery requests, such as interrogatories and requests for production of documents, by June 22, 2018. Defendants shall respond to plaintiff's requests by July 27, 2018.

3.    The parties will not begin depositions at this time, but will discuss proposed depositions at the next conference.

4. Plaintiff is reminded that he must keep his contact information up to date both with the Court and with opposing counsel. All parties must promptly send written notice of any change in mailing address or telephone number to the undersigned, the Clerk of the Court, and all other parties or their counsel.

5. The Court will hold a **TELEPHONE CONFERENCE** as follows:

| | |
|---|---|
| DATE: | **August 22, 2018** |
| TIME: | **2:00 p.m.** |
| TELEPHONE: | **(718) 613-2360** |

Defendants' counsel is requested to arrange and initiate the conference call, and shall coordinate with the correctional facility. The Warden of Gouverneur Correctional Facility Greene or any other facility that may be in custody of plaintiff Thomas Anthony Santagata, Jr. is respectfully directed to arrange for Mr. Santagata to participate in the Telephone Conference and to make him available by phone at the appointed time. After establishing contact with the plaintiff, defendants' counsel shall telephone the Court at (718) 613-2360 with all parties on the line.

6. Counsel for the defendants is directed to serve a copy of this Order on the Warden of the Gouverneur Correctional Facility Greene to ensure plaintiff's attendance at the next conference.

The Clerk is directed to send copies of this Order to the parties either electronically through the Electronic Case Filing (ECF) system or by mail.

**SO ORDERED.**

Dated: Brooklyn, New York
May 22, 2018

/s/ Cheryl L. Pollak
Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York

2